1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT

7

FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
9
10

JOHN LAW,                                           No. C 07-00134 WHA

11

       Plaintiff,

12

  v.                                              **ORDER GRANTING
PLAINTIFF'S REQUEST FOR
RELIEF FROM LATE FILING**

13

LARRY HARVEY, MICHAEL MIKEL,
PAPER MAN, LLC, and BLACK ROCK
CITY, LLC,

14
15

      Defendants.

16

_____/

17

    Plaintiff's request for relief from late filing is **GRANTED**.

18
19
20

    **IT IS SO ORDERED.**

21

Dated: April 3, 2007.

22

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

23
24
25
26
27
28

**United States District Court**
For the Northern District of California