**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN LAW,

    Plaintiff,

  v.

LARRY HARVEY, MICHAEL MIKEL, PAPER MAN, LLC, and BLACK ROCK CITY, LLC,

    Defendants.
                                         /

No. C 07-00134 WHA

**ORDER GRANTING EXTENSION OF TIME FOR PLAINTIFF TO RETAIN NEW COUNSEL**

      An order issued on May 1, 2007, disqualifying plaintiff John Law's counsel in this action for conflict of interest. The Court has received plaintiff John Law's letter regarding his search for new representation. Plaintiff must either appear through successor counsel or file a notice that he intends to prosecute this matter *pro se* within **30 DAYS** of the date of this order. All other terms of the order disqualifying counsel remain in effect.

      **IT IS SO ORDERED.**

Dated: June 6, 2007.

                                      WILLIAM ALSUP
                                      UNITED STATES DISTRICT JUDGE