IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LAW,<br><br>    Plaintiff,<br><br>  v.<br><br>LARRY HARVEY, MICHAEL MIKEL, PAPER MAN, LLC, and BLACK ROCK CITY, LLC,<br><br>    Defendants | No. C 07-00134 WHA<br><br>**ORDER DENYING STIPULATION TO CONTINUE HEARING ON MOTIONS TO DISMISS AND VACATING HEARING** |

The Court has received parties' stipulation to continue the hearing on the motions to dismiss. The stipulation is **DENIED**. Because of the unavailability of counsel, these motions are deemed submitted on the papers and the hearing on these motions is **VACATED**.

**IT IS SO ORDERED.**

Dated: October 10, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE