Lawrence J. Rose, Esq.
State Bar No. 129511
A T T O R N E Y
435 Green Street, No. 1
San Francisco, California 94133
Telephone:  415.350.0403
E-mail:  LawrenceJ.Rose@gmail.com

Attorney for Defendant,
MICHAEL MIKEL

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LAW<br><br>          Plaintiff,<br><br>     v.<br><br>LARRY HARVEY, MICHAEL MIKEL, PAPER MAN LLC, and BLACK ROCK CITY, LLC,<br><br>          Defendants. | CASE NO.  C-07-00134<br><br>**DEFENDANT MICHAEL MIKEL'S JOINDER IN OPPOSITION TO PLAINTIFF'S MOTION TO AMEND THE COMPLAINT OF CO-DEFENDANTS, LARRY HARVEY AND BLACK ROCK CITY, LLC**<br><br>Date:   TBD<br>Time:   TBD<br><br>Hon. William H. Alsup |

    Defendant, Michael Mikel hereby joins in and adopts the opposition of co-defendants Larry Harvey and Black Rock City, LLC to plaintiff's motion to amend the complaint.  In this regard, defendant Mikel states that the arguments of co-defendant Black Rock City, LLC that establish the defects in plaintiff's claim for cancellation of the service marks at issue also apply with equal force to plaintiff's second claim for relief, which appears to attempt to state a claim against Mikel alone.  Similarly, Mikel adopts the arguments of co-defendant Larry Harvey that establish the defects in plaintiff's attempts to bring claims arising out of the governance of the

- 1 -

1 Paper Man LLC, as those claims hopelessly confuse individual and derivative causes of action.
2 Further, the plaintiff's attempts to rely on a covenant of good faith and fair dealing that is
3 implied partnership and Paper Man agreements, including the fraud-based claims and the Tenth
4 Claim for Relief, are also defective: They violate the established rule that the covenant of good
5 faith cannot be used to prohibit a party from doing that which is expressly permitted by
6 agreement. *Carma Developers (Cal.), Inc. v. Marathon Development California, Inc*., 2 Cal.4th
7 342, 374 (1992); *Third Story Music, Inc. v. Waits*, 41 Cal.App.4th 798, 802 (1995); 1 Witkin,
8 *Summary of California Law* (Contracts), § 743, at 448 (9th ed. 2003 Supp.).

The plaintiff's proposed amended complaint does not remedy the legal deficiencies that the Court found in his original pleading. Indeed, plaintiff's lengthy and elaborate allegations regarding the history of the Burning Man event demonstrate that there are no facts that could cure the defects in his claims. The motion to amend the complaint should be denied, and this matter dismissed.

DATED: November 2, 2007

By:    s/ Lawrence J. Rose
       Lawrence J. Rose

Attorney for Defendant,
MICHAEL MIKEL

- 2 -

Joinder of Michael Mikel in Opposition to Amend
Case No. C 07-00134 WHA