1

2

3

4

5              UNITED STATES DISTRICT COURT

6             NORTHERN DISTRICT OF CALIFORNIA

7

8    JOHN LAW,                              No. C-07-00134 WHA (JCS)

9              Plaintiff(s),
                                           **NOTICE OF SETTLEMENT**
10        v.                               **CONFERENCE AND SETTLEMENT**
                                           **CONFERENCE ORDER**
11   LARRY HARVEY, ET AL.,

12             Defendant(s).
     _____/

13

14   TO ALL PARTIES AND COUNSEL OF RECORD:

15        The above matter was referred to Magistrate Judge Joseph C. Spero for settlement purposes

16   after the recusal of Chief Magistrate Judge James Larson.

17        You are hereby notified that a Settlement Conference is scheduled before the undersigned for

18   **November 19, 2007, at 9:30 a.m.**, in Courtroom A, 15th Floor, Federal Building, 450 Golden Gate

19   Avenue, San Francisco, California.

20        It is the responsibility of counsel to ensure that whatever discovery is needed for all sides to

21   evaluate the case for settlement purposes is completed by the date of the Settlement Conference.

22   Counsel shall cooperate in providing discovery informally and expeditiously.

23        Lead trial counsel shall appear at the Settlement Conference with the parties who have *full

24   and unlimited* settlement authority.  Any party who is not a natural person shall be represented by

25   the person(s) with unlimited authority to negotiate a settlement.  A person who needs to call another

26   person not present before agreeing to any settlement does not have full authority.  If a party is a

27   governmental entity, its governing body shall designate one of its members or a senior executive to

28   appear at the Settlement Conference with authority to participate in the Settlement Conference and,

**United States District Court**

For the Northern District of California

if a tentative settlement agreement is reached, to recommend the agreement to the governmental entity for its approval.  An insured party shall appear with a representative of the carrier with full authority to negotiate up to the limits of coverage.  Personal attendance of a party representative will rarely be excused by the Court, and then only upon separate written application demonstrating substantial hardship served on opposing counsel and lodged as early as the basis for the hardship is known.

The undersigned is in receipt of the Settlement Conference Statements submitted to Chief Magistrate Judge James Larson.  This Court does not require that the Statements be served on opposing counsel, but encourages counsel to exchange Settlement Conference Statements.  If Settlement Conference Statements are exchanged, any party may submit an additional confidential settlement letter to the Court not to exceed three (3) pages.  The contents of this confidential settlement letter will not be disclosed to the other parties.

It is not unusual for the conference to last three (3) or more hours.  The parties are encouraged to participate and frankly discuss their case.  Statements they make during the conference will not be admissible at trial in the event the case does not settle.  The parties should be prepared to discuss such issues as:

1.      Their settlement objectives.

2.      Any impediments to settlement they perceive.

3.      Whether they have enough information to discuss settlement.  If not, what additional information is needed?

4.      The possibility of a creative resolution of the dispute.

The parties shall notify Chambers immediately at (415) 522-3691 if this case settles prior to the date set for Settlement Conference.  Counsel shall provide a copy of this order to each party who will participate in the conference.

IT IS SO ORDERED.

Dated: November 5, 2007

JOSEPH C. SPERO
United States Magistrate Judge

United States District Court
For the Northern District of California

2