Writer's Direct Line: 415-774-2981
bblackman@sheppardmullin.com

November 21, 2007

Our File Number: 14PA-129138

**VIA ELECTRONIC CASE FILING**

The Hon. William H. Alsup
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102-3483

    Re:    John Law v. Black Rock, LLC
                Case No. C07-00134 WHA

Dear Judge Alsup:

      On Monday, the parties completed a full day mediation before Magistrate Judge Joseph Spero and were able to reached a global settlement of all disputes. The parties executed a binding term sheet, which includes a confidentiality provision. Due to the complexity of the transaction contemplated under the settlement, however, the parties need until roughly December 15, 2007 to reduce the settlement to a final writing. The parties, therefore, collectively request that your Honor defer ruling on plaintiff's Motion for Leave to File First Amended Complaint until after December 15th.

                                        Respectfully Submitted,

                                        /s/ Brian R. Blackman
                                        Brian R. Blackman

                         for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                                        Respectfully Submitted,

                                        June D. Coleman

                    for ELLIS COLEMAN POIRIER LA VOIE & STEINHEIMER LLP

The Hon. William H. Alsup
November 21, 2007
Page 2

cc:     Craig Cardon, Esq. (counsel for Black Rock City)
        Terry Gross, Esq. (counsel for Black Rock City)
        Lawrence J. Rose, Esq. (counsel for Michael Mikel)
        Annette L. Hurst, Esq. (counsel for Larry Harvey)
        June D. Coleman, Esq. (counsel for John Law)
        Kimberley Lewellen, Esq. (counsel for John Law)