United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN LAW,                                                    No. C 07-00134 WHA

        Plaintiff,

  v.                                                     **ORDER RE: RULING ON
                                                              MOTION FOR LEAVE TO
LARRY HARVEY, MICHAEL MIKEL,                                  AMEND**
PAPER MAN, LLC, and BLACK ROCK
CITY, LLC,

        Defendants
—————————————————————/

     The Court has received parties' letter regarding their settlement negotiations.

Accordingly, the Court will wait until **DECEMBER 15, 2007** to make any ruling on the motion

for leave to amend.

     **IT IS SO ORDERED.**

Dated: November 26, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE