United States District Court

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN LAW,                                                No. C-07-00134 WHA (JCS)

            Plaintiff(s),

   v.                                               **ORDER RE SETTLEMENT DOCUMENTS; ORDER TO SHOW CAUSE**

LARRY HARVEY, ET AL.,

            Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

       The parties are directed to finalize the formal written settlement agreement in this matter **no later than February 15, 2008**. If they fail to do so, all parties are their counsel, including all members of Black Rock City LLC, are ORDERED to show cause before this Court on **February 26, 2008, at 3:00 p.m.**, why the documentation has not been completed.

       IT IS SO ORDERED.

Dated: January 16, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge