

17th Floor | Four Embarcadero Center | San Francisco, CA  94111-4109
415-434-9100 *office* | 415-434-3947 *fax* | **www.sheppardmullin.com**

Writer's Direct Line: 415-774-2981
ccardon@sheppardmullin.com

February 15, 2008

Our File Number:  14PA-129138

The Hon. Joseph C. Spero
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA  94102-3483

      **Re:**    **John Law v. Larry Harvey, et al.**
             **Case No. C07-00134 WHA**

Dear Judge Spero:

     The parties have finalized the formal written settlement agreement in this matter as of the February 15, 2008 deadline in the Court's "Order Re Settlement; Order to Show Cause" dated January 16, 2008.  Many of the parties and their counsel have already signed the finalized settlement agreement.

     The settlement agreement is structured so that certain parties sign twice, once on behalf of an entity and again on behalf of themselves.  Two parties missed the double signature blocks and only signed once.  We cannot get these two parties to sign again until early next week.  Accordingly, early next week we will file papers with the Court in accordance with the settlement agreement.

     Please call me if you have any questions or concerns.  Thank you.

                          Respectfully Submitted,

                          /S/
                          P. Craig Cardon

                     for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

W02-WEST:5BA1\400712298.1