IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN LAW,

    Plaintiff,

  v.

LARRY HARVEY, MICHAEL MIKEL, PAPER MAN, LLC, and BLACK ROCK CITY, LLC,

    Defendants.

No. C 07-00134 WHA

**ORDER RE TRIAL**

Please be on notice that the trial will go forward at **7:30 A.M. ON MARCH 31, 2008**, until a dismissal is filed. Attempts to finalize a settlement agreement will not delay the trial.

**IT IS SO ORDERED.**

Dated: February 20, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE