### ELLIS, COLEMAN
### POIRIER, LA VOIE & STEINHEIMER, LLP

555 UNIVERSITY AVENUE, SUITE 200 EAST
SACRAMENTO, CA 95825
TEL: (916) 283-8820   FAX: (916) 283-8821
e-mail: jcoleman@ecplslaw.com

February 25, 2008

Magistrate Judge Joseph C. Spero
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

    RE:    *LAW v. HARVEY, ET AL.*
               U.S. District Court
               Northern District of California
               Case No. C 07-0134 WHA

Dear Magistrate Spero:

      Based on my January 9, 2008 request for assistance, you set an Order to Show Cause hearing for February 26, 2008, if the settlement agreed to in November was not finalized by February 15, 2008. The parties, for all intents and purposes, had finalized the settlement documents by February 15, 2008, as attested to in Craig Cardon's letter, filed on Fegbruary 15, 2008. We anticipate the first settlement payment by Wednesday, February 27, 2008, and a request for dismissal to be filed on Wednesday after receipt of the first installment of settlement funds. In light of these circumstances, plaintiff Law requests that the Order to Show Cause hearing be continued to February 29, 2008, with the expectation that it will be taken off calendar upon the filing of the request for dismissal.

      I appreciate your efforts to resolve this case.

                                           Very truly yours,

                                           June D. Coleman

JDC/
cc:     Brian R. Blackman
         P. Craig Cardon
         Annette L. Hurst
         Lawrence J. Rose