**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LAW,<br><br>       Plaintiff(s),<br><br>  v.<br><br>LARRY HARVEY, ET AL.,<br><br>       Defendant(s).<br>_____/ | No. C-07-00134 WHA (JCS)<br><br>**CLERK'S NOTICE VACATING HEARING ON ORDER TO SHOW CAUSE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

      As the parties have finalized a formal written settlement agreement in this matter, the hearing previously set for **February 26, 2008, at 3:00 p.m.**, has been VACATED.

Dated: February 26, 2008                    RICHARD W. WIEKING, CLERK

                                                        By: /s/ Mary A. Macudzinski-Gomez
                                                                 Deputy Clerk