SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
P. CRAIG CARDON, Cal. Bar No. 168646
BRIAN R. BLACKMAN, Cal. Bar No. 196996
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone: (415) 434-9100
Facsimile: (415) 434-3947

TERRY GROSS, Cal. Bar No. 103878
ADAM C. BELSKY, Cal. Bar No. 147800
MONIQUE ALONSO, Cal. Bar No. 127078
GROSS & BELSKY LLP
180 Montgomery Street, Suite 2200
San Francisco, California 94104
Telephone: (415) 544-0200
Facsimile: (415) 544-0201

Attorneys for Defendant BLACK ROCK CITY, LLC

UNTIED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LAW,<br><br>    Plaintiff,<br><br>v.<br><br>LARRY HARVEY, MICHAEL MIKEL, PAPER MAN, LLC, and BLACK ROCK CITY, LLC,<br><br>    Defendants. | Case No. C07-00134 WHA<br><br>**STIPULATION TO DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(ii)** |

Case No. C07-00134 WHA
W02-WEST:5BB\400707603.1

STIPULATION TO DISMISSAL
OF ACTION WITH PREJUDICE

1  Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), all parties to this action stipulate and agree to the
2  dismissal with prejudice of this action in its entirety, with each party to bear their own costs and
3  fees.
4  IT IS SO STIPULATED.
5  DATED: February 14, 2008

ELLIS, COLEMAN, PIORIER, LAVOIE, & STEINHEIMER, LLP

By  /s/ J. D. C.
_____
JUNE D. COLEMAN
Attorneys for
PLAINTIFF JOHN LAW

DATED: February 14, 2008

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By _____
P. CRAIG CARDON
BRIAN R. BLACKMAN
Attorneys for
BLACK ROCK CITY, LLC

DATED: February 14, 2008

GROSS & BELSKY, LLP

By _____
TERRY GROSS
Attorneys for
BLACK ROCK CITY, LLC

DATED: February 14, 2008

HELLER EHRMAN, LLP

By _____
ANNETTE HURST
Attorneys for
LARRY HARVEY

DATED: February 14, 2008

LAW OFFICES OF LAWRENCE J. ROSE

By _____
LAWRENCE J. ROSE
Attorney for
MICHAEL MIKEL

ORDER

IT IS SO ORDERED that this matter is dismissed with prejudice, as stipulated to by the parties.

DATED: February ___, 2008

_____
JUDGE WILLIAM ALSUP
United Stated District Court

Case No. C07-00134 WHA
W02-WEST:5BB\400707603.1

-2-

STIPULATION TO DISMISSAL
OF ACTION WITH PREJUDICE